UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WENDY BEAUDOIN & DAVE BEAUDOIN, Jointly, and as officers, directors, shareholders, and/or principals of LAKEVIEW INN ENTERPRISES, INC. d/b/a THIRSTY MOOSE SALOON, and LAKEVIEW INN ENTERPRISES, INC. d/b/a THIRSTY MOOSE SALOON,<br><br>Defendants. | Case No. 2:12-cv-00128-BLW<br><br>**JUDGMENT** |

In accordance with the Court's earlier Order (Dkt. 14) issued on August 21, 2013,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be

entered in favor of Plaintiff and against Defendants in the amount of $8,165.00.

DATED: **September 13, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT- 1